FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 10, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALMA T.,<br><br>            Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | No. 2:25-CV-00412-ACE<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>**ECF No. 10** |

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 10. Attorney Christopher H. Dellert represents Plaintiff; Special Assistant United States Attorney Franco L. Becia represents Defendant. After considering the file and proposed order, **IT IS ORDERED:**

1.      The parties' Stipulated Motion for Remand, **ECF No. 10**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge shall:  (1) take any necessary action needed to complete the administrative record; (2) reevaluate whether the claimant can perform a significant number of jobs

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

which exist in the national economy at step five; (3) obtain vocational expert testimony, as needed; and (4) issue a new decision.

      2.     **Judgment shall be entered for PLAINTIFF**.

      3.     An application for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, may be filed by separate motion.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED December 10, 2025.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2